# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SONNY L. THOMAS, | : No. 70 MM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.